**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7591**

---

DWIGHT M. SUTTON,

Plaintiff - Appellant,

versus

MARYLAND DIVISION OF CORRECTION; RICHARD A.
LANHAM, JR., Commissioner for the Maryland
Division of Corrections; LLOYD L. WATERS,
Warden, Maryland Correctional Institution-
Hagerstown,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Peter J. Messitte, District Judge. (CA-96-
953-PJM)

---

Submitted:  February 13, 1997      Decided:  February 27, 1997

---

Before WIDENER and HAMILTON, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Dwight M. Sutton, Appellant Pro Se.  John Joseph Curran, Jr., At-
torney General, Glenn T. Marrow, OFFICE OF THE ATTORNEY GENERAL OF
MARYLAND, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Sutton v. Maryland Div. of Correction</u>, No. CA-96-953-PJM (D. Md. Aug. 28, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process; we deny the motion to appoint counsel.

<u>AFFIRMED</u>